IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PATRICK ALLEN ROWERY,

    Plaintiff,

vs.                      Civil Action 2:05-CV-206
                         Judge Sargus
                         Magistrate Judge King

KNOX COUNTY SHERIFF, *et al.*,

    Defendants.

### ORDER

On March 4, 2005, plaintiff was directed to either pay the filing fee or seek leave to proceed *in forma pauperis*, Doc. No. 3. Plaintiff was advised that his failure to do so would result in the dismissal of the case for want of prosecution. *Id.*

Plaintiff has failed to comply with that order. Accordingly, this action is **DISMISSED**, without prejudice, for failure to prosecute.

5-24-2005
Date

Edmund A. Sargus, Jr.
United States District Judge